FILED IN CHAMBERS
U.S.D.C. - Atlanta

MAR 0 6 2018

James N. Hatten, Clerk
By: _AMCau_ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CORNELIUS BERNARD WILSON,      :
                               :
        Movant                 :      CRIMINAL ACTION FILE NO.
                               :      1:13-CR-476-ODE-CMS
v.                             :
                               :      CIVIL ACTION FILE NO.
UNITED STATES OF AMERICA,      :      1:17-CV-873-ODE-CMS
                               :
        Respondent             :

ORDER

This criminal case is before the Court on the Final Report and
Recommendation of United States Magistrate Judge Catherine M. Salinas
filed January 26, 2018 ("R&R") [Doc. 62]. No objections have been
filed.[1]

In the R&R, Judge Salinas recommends that Movant's § 2255
motion, as supplemented, be dismissed and that a certificate of
appealability ("COA") be denied. After a thorough analysis, Judge
Salinas found: because Movant waived the opportunity to file a
collateral attack or, in the alternative, because the three grounds
for relief he has raised are meritless, he is not entitled to relief

---

[1]On January 26, 2018, Mr. Wilson filed a "Motion for Relief
Pursuant to Fed. R. Civ. P. 60(b)(4)" [Doc. 64]. Because that motion
was filed the same day the Final R&R was issued, and because that
motion does not address any issue discussed in the Final R&R, the
Court does not construe it as Mr. Wilson's Objections to the Final
R&R. Rather, the Court has considered Mr. Wilson's Rule 60(b)(4)
motion on the terms in which he presented it. So considered, the
Court notes that Mr. Wilson mistakenly claims that this Court
"terminated" his [Section] 2255 motion and then demands that this
Court "[v]oid the judgment in his [Section] 2255 case" [Doc. 64 at
2]. Because no such "termination" occurred, there is no "judgment"
to vacate. Accordingly, the Court DENIES Mr. Wilson's Rule 60(b)(4)
motion.

under § 2255.  She also found that Movant does not meet the requisite standards for a COA.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court.  For the reasons set forth in the R&R, Movant's § 2255 motion, as supplemented, is DISMISSED and a COA is DENIED.


SO ORDERED, this _5_ day of March, 2018.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE